IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

PHREATTA HUMPHREY                                                                   PLAINTIFF

vs.                                  CASE NO. **3:06CV00199GH**

JIM WALTER HOMES, INC.                                                           DEFENDANT

## **ORDER**

The Clerk is directed to change his records to reflect that the defendant's correct name is Jim Walter Homes, Inc.

IT IS SO ORDERED this 12th day of January, 2007.

_____
UNITED STATES DISTRICT JUDGE

-1-